IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01130-PAB-CBS

RONALD CORDOVA,

    Plaintiff,

v.

SGT. RAY DOWLING,
P. A. TED LAURENCE,
P. A. TEJINDER SINGH,
P. A. GATEL CHAMJOCK,
C/O MATTHEW ALLPHIN,
LT. ROD GLISSMAN,
C/O DIANA HILLYER,
C/O ( ) JOHNSON,
CAPT. KEVIN VORWALD, and
SGT. ( ) MOON,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 30 2011

**GREGORY C. LANGHAM**
              **CLERK**

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED September 29, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01130-PAB-CBS

Ronald Cordova
Prisoner No. 57350
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Sgt. Ray Dowling, PA Ted Laurence, PA Tejinder Singh,
PA Gatel Chamjock, CO Matthew Allphin, Lt. Rod Glissman,
CO Diana Hillyer, CO Johnson, Capt. Kevin Vorwald, and Sgt. Moon - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

James Quinn, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process for Sgt. Ray Dowling, PA Ted Laurence, PA Tejinder Singh, PA Gatel Chamjock, CO Matthew Allphin, Lt. Rod Glissman, CO Diana Hillyer, CO Johnson, Capt. Kevin Vorwald, and Sgt. Moon: AMENDED COMPLAINT FILED 08/10/11, ORDER FILED 9/26/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on September 30, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk