IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01130-PAB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 14, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                              *Counsel:*

RONALD CORDOVA                          (*Pro Se appearing via telephone*)

    Plaintiff,

v.

RAY DOWLING, *et al.*,                      Stephanie Lindquist Scoville

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:    11:27 a.m.**
Court calls case. Appearances of counsel.

The court addresses the defendant's MOTION to Stay Pursuant To Rule 26(C) To Stay Discovery And Vacate Preliminary Scheduling Conference Pending Ruling On Motion To Dismiss (Docket No. 48, filed on 1/19/2012), defendant's MOTION to Dismiss Plaintiffs Amended Complaint Pursuant to Rule 12(B)(6), or Alternatively, for Summary Judgment on Count 3 for Failure to Exhaust Administrative Remedies (Docket No. 41, filed on 12/5/2011), plaintiff's Objection to Defendants #48 MOTION for Stay of Discovery (Docket No. 52, filed on 1/26/2012), and defendant's Objection and RESPONSE to Defendants #41 MOTION for Dismissal and Summary Judgment (Docket No. 51, filed on 1/23/2012).

Discussion between the court and plaintiff regarding how to best move this case forward with respect to discovery, plaintiff reviewing the Braxton decision, Department of Corrections procedures regarding receiving responses, claims and allegations, Rule 8, and supreme court precedents applicable to this case.

The court advises the parties that all briefing on the Motion to Dismiss has been completed.

**ORDERED:** The court **GRANTS** defendant's MOTION to Stay Pursuant To Rule 26(C) To Stay Discovery And Vacate Preliminary Scheduling Conference Pending Ruling On

        Motion To Dismiss (Docket No. 48, filed on 1/19/2012). All discovery will be stayed until ruling on the defendant's MOTION to Dismiss Plaintiffs Amended Complaint Pursuant to Rule 12(B)(6), or Alternatively, for Summary Judgment on Count 3 for Failure to Exhaust Administrative Remedies (Docket No. 41, filed on 12/5/2011) has been ruled on.

HEARING CONCLUDED.

**Court in recess:**     **11:55 a.m.**
Total time in court:     00:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.